

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE
# ELECTRONIC FILING REGISTRATION FORM

*FOR ATTORNEYS IN MULTI-DISTRICT LITIGATION (MDL) CASES WHO ARE NOT ADMITTED TO THE BAR OF THIS COURT*

Instructions: An attorney of record in a case transferred to Delaware (that is part of a Multi-District Litigation (MDL) action), who is NOT a member of the bar of this Court, may register for ECF on a case-by-case basis. Please submit an original signed registration form to the Clerk's Office to request an ECF account. Once issued, a user ID and password will be valid for electronic filing and noticing in this MDL and below noted Dist. of DE case(s) only:

**(Please Print or Type all information)**

MDL CAPTION:                                        DIST. OF DE
IN RE: _____              MDL CA #_____

PARTY(IES)
RESPRESENTED:_____
_____

DELAWARE CASE(S) CA #_____
_____

Internet E-Mail Address:_____ (Print clearly)

Last Name:_____ Generation: (e.g., Jr., Sr.) _____

First Name:_____ Middle Initial:_____

Firm's Name: _____

Address:_____

City: _____ State: _____ Zip Code: _____

Phone No.: _____ Do you have a PACER Account (required)?   ❏ Yes   ❏ No

By submitting this form, I hereby agree to abide by all District of Delaware rules, orders, policies and procedures governing the use of ECF. I have independently reviewed both the ECF User's Manual and Civil Tutorial on the Court's web site. I consent to receive service of documents and notice of filings by electronic means via ECF in the circumstances permitted under those guidelines. I understand that the combination of user ID and password will serve as the signature of the attorney filing the document. I agree to protect the security of my password and immediately notify the Clerk of Court if I suspect that my password has been compromised. Also, as a participating attorney, I will promptly notify the Clerk's Office if there is a change in my personal data, such as name, e-mail address, firm address, phone number, etc. I further understand that my user ID and password are valid for this MDL action only.

_____     _____
                Signature                                      Date

| Submit completed registration form to: | **COURT USE ONLY**: (ECF MDL Atty. Reg. Form - Rev. 2/06) |
|---|---|
| Clerk<br>U.S. District Court for the District of Delaware<br>ATTN: ECF Registration<br>Room 4209, Lockbox 18<br>844 N. King Street<br>Wilmington, DE 19801<br><br>(302) 573-6170  Web site: www.ded.uscourts.gov | DATE REGISTRATION FORM RECEIVED: _____<br><br>USER ID: _____ PASSWORD:_____<br><br>DATE ISSUED: _____ BY:_____<br><br>E-MAIL NOTICE SENT: _____ BY:_____ |