UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: AUTOMATED TRANSACTIONS LLC
PATENT LITIGATION                                                                 MDL No. 2429

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO –1)**

On April 1, 2013, the Panel transferred 5 civil action(s) to the United States District Court for the District of Delaware for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See* _F.Supp.2d_ (J.P.M.L. 2013). Since that time, no additional action(s) have been transferred to the District of Delaware. With the consent of that court, all such actions have been assigned to the Honorable Sue L Robinson.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of Delaware and assigned to Judge Robinson.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the District of Delaware for the reasons stated in the order of April 1, 2013, and, with the consent of that court, assigned to the Honorable Sue L Robinson.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Delaware. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Apr 12, 2013

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: AUTOMATED TRANSACTIONS LLC
PATENT LITIGATION MDL No. 2429

### SCHEDULE CTO–1 – TAG–ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| MAINE | | | |
| ME | 2 | 12–00393 | AUTOMATED TRANSACTIONS LLC v. BATH SAVINGS INSTITUTION |
| MASSACHUSETTS | | | |
| MA | 1 | 12–12364 | Automated Transactions LLC v. Winchester Co–Operative Bank |
| MA | 3 | 12–12402 | Automated Transactions LLC v. Adams Community Bank |
| NEW JERSEY | | | |
| NJ | 1 | 13–00961 | AUTOMATED TRANSACTIONS LLC v. CAPITAL BANK OF NEW JERSEY |
| NJ | 2 | 13–00963 | AUTOMATED TRANSACTIONS LLC v. BOGOTA SAVINGS BANK |
| NJ | 2 | 13–00965 | AUTOMATED TRANSACTIONS LLC v. LLEWELLYN–EDISON SAVINGS BANK |
| NJ | 2 | 13–00968 | AUTOMATED TRANSACTIONS LLC v. COMMUNITY BANK OF BERGEN COUNTY |
| NJ | 2 | 13–00969 | AUTOMATED TRANSACTIONS LLC v. ENTERPRISE NATIONAL BANK |
| NJ | 3 | 13–00950 | AUTOMATED TRANSACTIONS LLC v. FIRST BANK |
| NEW YORK EASTERN | | | |
| NYE | 2 | 12–03070 | Automated Transactions LLC v. New Yprk Community Bank et al |
| NEW YORK NORTHERN | | | |
| NYN | 1 | 12–00667 | Automated Transactions LLC v. Stewart's Shops, Corp. |
| NYN | 1 | 12–00822 | Automated Transactions LLC v. Trustco Bank |
| NYN | 8 | 13–00194 | |

| | | | |
|---|---|---|---|
| | | | Automated Transactions LLC v. Dannemora Federal Credit Union |

NEW YORK SOUTHERN

| | | | |
|---|---|---|---|
| NYS | 1 | 09–09669 | Automated Transactions LLC v. Astoria Financial Corporation et al |
| NYS | 1 | 12–01977 | Automated Transactions LLC v. Sunoco, Inc. |

NEW YORK WESTERN

| | | | |
|---|---|---|---|
| NYW | 1 | 13–00173 | Automated Transactions LLC v. Buffalo Service Credit Union |
| NYW | 1 | 13–00174 | Automated Transactions LLC v. Buffalo Community Federal Credit Union |