# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
:
:
:
AUTOMATED TRANSACTIONS LLC,                               :
:
*Plaintiff,*                                             :
:                    Civ. Act. No. 2:13-cv-00969
- v. -                                                   :
:
ENTERPRISE NATIONAL BANK                                 :          **NOTICE OF DISMISSAL**
:
*Defendant.*                                             :
:
:
:
---------------------------------------------------------------------- x

The above-captioned matter is before this Court in *In re: Automated Transactions LLC - Patent Litigation*, 1:13-md-02429-SLR. Plaintiff Automated Transactions LLC respectfully informs the Court that the above-captioned matter, in which the Complaint was never actually served, has been settled between the parties. Plaintiff respectfully requests that by this Notice the Court permits voluntary withdrawal of the Complaint and closes the above-captioned matter.

Respectfully submitted,
AUTOMATED TRANSACTIONS LLC
By its attorneys,

Dated:  April 19, 2013                    By: _____
                                          Tannenbaum Helpern Syracuse &
                                          Hirschtritt LLP
                                          Albert L. Jacobs, Jr.
                                          Gerard F. Diebner
                                          John Murray
                                          900 Third Avenue
                                          New York, New York 10022
                                          (212) 508-6700