# MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 NORTH MARKET STREET
P.O. Box 1347
WILMINGTON, DELAWARE 19899-1347

302 658 9200
302 658 3989 Fax

JACK B. BLUMENFELD
302 351 9291
302 425 3012 Fax
jblumenfeld@mnat.com

September 8, 2014

The Honorable Sue L. Robinson                                           *VIA ELECTRONIC FILING*
United States District Court
  For the District of Delaware
844 North King Street
Wilmington, DE  19801

Re:   *Automated Transactions LLC Patent Litigation*; C.A. No. 13-MD-2429 (SLR)
      *Automated Transactions LLC v. 7-Eleven, Inc., et al.*; C.A. No. 06-043 (SLR)
      *Automated Transactions LLC v. Cumberland Farms, Inc., et al.*; C.A. No. 13-134 (SLR)
      *Automated Transactions LLC v. Southbridge Savings Bank, et al.*; C.A. No. 13-502 (SLR)
      *Automated Transactions LLC v. Mascoma Savings Bank*; C.A. No. 13-503 (SLR)
      *Automated Transactions LLC v. Northfield Savings Bank*; C.A. No. 13-504 (SLR)
      *Automated Transactions LLC v. New England Federal Credit Union*; C.A. No. 13-505 (SLR)
      *Automated Transactions LLC v. Heritage Family Credit Union*; C.A. No. 13-506 (SLR)
      *Automated Transactions LLC v. Bath Savings Institution*; C.A. No. 13-582 (SLR)
      *Automated Transactions LLC v. Winchester Co-Operative Bank*; C.A. No. 13-583 (SLR)
      *Automated Transactions LLC v. Adams Community Bank*; C.A. No. 13-584 (SLR)
      *Automated Transactions LLC v. Dannemore Federal Credit Union*; C.A. No. 13-594 (SLR)
      *Automated Transactions LLC v. Sunoco Inc., et al.*; C.A. No. 13-596 (SLR)
      *Automated Transactions LLC v. Speedy Cash*; C.A. No. 14-280 (SLR)
      *Automated Transactions LLC v. Goathead Saloon – AAA Atms*; C.A. No. 14-281 (SLR)

Dear Judge Robinson:

        The parties are continuing to discuss the covenants.  With the Court's permission, the parties will report to Your Honor again by September 29, 2014.

        Respectfully,

        */s/ Jack B. Blumenfeld*

        Jack B. Blumenfeld (#1014)

JBB/dlw
cc:   Clerk of Court (Via Hand Delivery)
      All Counsel of Record (Via Electronic Filing)